1  DENNIS K. BURKE
   United States Attorney
2  District of Arizona
   JERRY R. ALBERT
3  Assistant United States Attorney
   State Bar No. 011370
4  Evo A. Deconcini United States Courthouse
   405 West Congress, Suite 4800
5  Tucson, Arizona 85701-5040
   Telephone:  520-620-7300
6  jerry.albert@usdoj.gov
   Attorneys for Plaintiff
7

_FILED____LODGED_
_RECEIVED___COPY_

2011 MAR 30  P 3:52

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

8              UNITED STATES DISTRICT COURT

9                   DISTRICT OF ARIZONA

10  United States of America,          )   CR11 - 1170 TUC
                                       )   I N D I C T M E N T
11            Plaintiff,               )
                                       )   Violation:     21 USC §841(a)(1)
12       vs.                           )                  21 USC §841(b)(1)(B)(vii)
                                       )
13  Roger Dale Premus,                 )   (Possession With Intent to Distribute
                                       )   100 to 1,000 kilograms of Marijuana)
14            Defendant.               )
    _____)

15  THE GRAND JURY CHARGES:

16       On or about March 1, 2011, at or near Tubac, in the District of Arizona, ROGER DALE

17  PREMUS, did knowingly and intentionally possess with intent to distribute 100 kilograms or

18  more, but less than 1,000 kilograms of marijuana, that is, approximately 165 kilograms of

19  marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code,

20  Sections 841(a)(1) and 841(b)(1)(B)(vii).

21

22

23  DENNIS K. BURKE
    United States Attorney
24  District of Arizona

25

26  Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE     MAR 3 0 2011